**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6253**

———————

FRED PATRICK,

                              Plaintiff - Appellant,

        versus

ROLAND WILLIAMS, Hospital Service Administra-
tor; LOUIS CALVE, Assistant Health Service
Administrator; BERNARDO PARINA, Clinical Di-
rector of Health Services; LOUIS PEREZ, Physi-
cians Assistant; TONYA G. WHITLOW, Physician;
F. DELA-CRUZ, Physicians Assistant,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., District
Judge.  (CA-95-3650-9-20JC)

———————

Submitted:  June 20, 1996          Decided:  July 1, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Fred Patrick, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order accepting the magistrate judge's order denying appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED